UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT M. ZOFFEL<br><br>Plaintiff,<br><br>v.<br><br>WEST 206 ALLIANCE INVESTMENT LLC, a Washington limited liability company, CAYCE REAL ESTATE SERVICES, a Washington limited liability company dba URBAN KEY MANAGEMENT COMPANY and JESSICA HOLLEY, a single woman<br><br>Defendants. | NO. 18-CV-00477-MJP<br><br>AGREED ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, acting by and through their legal counsel of record, that the above-entitled action as to all claims and all defendants shall be dismissed with prejudice and without costs, this matter having been fully settled and compromised.

DATED: ~~May~~ ~~2018~~
June 3, 2018

By: /s/ Robert M. Zoffel
Robert M. Zoffel, WSBA #21659
Plaintiff Pro Se

STIPULATION &
ORDER OF DISMISSAL - 1

LAW OFFICE OF
BRIAN C. READ, PLLC
3721 Colby Avenue
Everett, WA 98201
Telephone (206) 356-3357
Facsimile (206) 299-3105
brian@brianreadlaw.com

DATED: May 26, 2018

By: [signature]
Brian C. Read, WSBA #34091
Attorney for Defendant West 206
Alliance Investment LLC

DATED: ~~May~~ June 4, 2018

By: [signature]
John M. Kreutzer, WSBA #30068
Attorney for Defendants Cayce Real
Estate Services dba Urban Key and
Holley

### ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all remaining defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DONE IN OPEN COURT this 29 day of ~~May~~ June 2018.

[signature]
United States District Judge

Presented by:

LAW OFFICE OF BRIAN C. READ, PLLC

[signature]
Brian C. Read/WSBA No. 34091
Attorney for Defendant West
206 Alliance Investment LLC

STIPULATION &
ORDER OF DISMISSAL - 2

LAW OFFICE OF
BRIAN C. READ, PLLC
3721 Colby Avenue
Everett, WA 98201
Telephone (206) 356-3357
Facsimile (206) 299-3105
brian@brianreadlaw.com

Agreed and approved, notice of presentation waived:

ROBERT M. ZOFFEL, ESQ

*[signature]*

Robert M. Zoffel, WSBA #21659
Plaintiff Pro Se


SMITH FREED & EBERHARD PC

*[signature]*

John M. Kreutzer, WSBA #30068
Attorney for Defendants Cayce
Real Estate Services dba Urban Key
and Holley

STIPULATION &
ORDER OF DISMISSAL - 3

LAW OFFICE OF
BRIAN C. READ, PLLC
3721 Colby Avenue
Everett, WA 98201
Telephone (206) 356-3357
Facsimile (206) 299-3105
brian@brianreadlaw.com